FILED '11 MAY 20 13:59 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| EDWARD M. HOUGHTON,                )<br>                                    )<br>            Plaintiff,              )<br>                                    ) Civil No. 09-6237-TC<br>                                    )<br>    v.                              )<br>                                    ) ORDER<br>MICHAEL J. ASTRUE, Commissioner)<br>Social Security Administration,)<br>                                    )<br>            Defendant.              ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on April 19, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed April 19, 2011, in its entirety. The Commissioner's decision is affirmed and this action is dismissed. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this 20th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER